## Ethel Lawrence, Appellee, v. William Ritter Lawrence, Appellant.

### Gen. No. 44,154.

opinion filed January 5, 1948; released for publication January 27, 1948. Arthur Goldblatt and Samuel Shkolnik, for appellant; Arthur Goldblatt, of counsel; Alexander Wolf and Bernard L. Goldstein, for appellee; Alexander Wolf, of counsel. ·Opinion by JUSTICE O'CONNOR. **Not to be published in full.**